UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SCOTT KOWARSH,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ANTHONY HECKMAN, et al.,<br><br>　　　　Defendants. | Case No. 14-cv-05314-MEJ<br><br>**ORDER FOR SERVICE BY U.S. MARSHAL** |

On December 10, 2014, the Court granted Plaintiff Adam Scott Kowarsh's application to proceed in forma pauperis and dismissed his Complaint with leave to amend. Plaintiff has now filed a First Amended Complaint. Dkt. No. 7. Having reviewed the amended complaint, IT IS HEREBY ORDERED that the Clerk of Court shall issue summons and the United States Marshal for the Northern District of California shall serve, without prepayment of fees, a copy of all filings in this case upon Defendants.

**IT IS SO ORDERED.**

Dated: January 6, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SCOTT KOWARSH,<br><br>             Plaintiff,<br><br>      v.<br><br>ANTHONY HECKMAN, et al.,<br><br>             Defendants. | Case No. 14-cv-05314-MEJ<br><br>**CERTIFICATE OF SERVICE** |

   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

   That on 1/6/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Adam Scott Kowarsh
117 Bolero Plz.
Union City, CA 94587


Dated: 1/6/2015

   Richard W. Wieking
   Clerk, United States District Court

   By:_____
   Chris Nathan, Deputy Clerk to the
   Honorable MARIA-ELENA JAMES