UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SCOTT KOWARSH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>ANTHONY HECKMAN, et al.,<br><br>　　　　　Defendants. | Case No.  14-cv-05314-MEJ<br><br>**ORDER VACATING CMC** |

　　　This matter is currently scheduled for a Case Management Conference on March 5, 2015. However, as there is a pending Motion to Dismiss, the Case Management Conference and all related deadlines are VACATED.  The conference will be rescheduled, if necessary, after any pending motions are resolved.

　　　**IT IS SO ORDERED.**

Dated: February 26, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge

United States District Court
Northern District of California

1
2
3
4        UNITED STATES DISTRICT COURT
5        NORTHERN DISTRICT OF CALIFORNIA
6
7   ADAM SCOTT KOWARSH,                    Case No.  14-cv-05314-MEJ
        Plaintiff,
8
9       v.                                 **CERTIFICATE OF SERVICE**

10  ANTHONY HECKMAN, et al.,
        Defendants.
11

12      I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.
13
14      That on 2/26/2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.
15
16
17  Adam Scott Kowarsh
    117 Bolero Plz.
18  Union City, CA 94587
19
20  Dated: 2/26/2015
21
22                                          Richard W. Wieking
                                            Clerk, United States District Court
23
24
25  By:_____
    Chris Nathan, Deputy Clerk to the
26  Honorable MARIA-ELENA JAMES
27
28

2