# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SCOTT KOWARSH,<br><br>    Plaintiff,<br><br>    v.<br><br>ANTHONY HECKMAN, et al.,<br><br>    Defendants. | Case No. 14-cv-05314-MEJ<br><br>**ORDER EXTENDING BRIEFING SCHEDULE RE: PLAINTIFF'S MOTION FOR LEAVE TO AMEND**<br><br>Re: Dkt. No. 21 |

    Pending before the Court is Plaintiff's Motion for Leave to File a Second Amended Complaint. Dkt. No. 21. On March 16, 2015, Defendants Michael Carroll, Anthony Heckman, James Leal, John Robertson, and Ted Yamasaki filed an Opposition to Plaintiffs' Motion. Dkt. No. 22. Defendants appear to be under the misconception that Plaintiff did not attach a copy of his proposed Second Amended Complaint to his Motion, but it is attached and included with Plaintiffs' Motion. *See* Dkt. No. 21-1. Nevertheless, as Defendants' current Opposition primarily focuses on this misconceived procedural defect, the Court will adjust the briefing in this matter to give these Defendants an opportunity to reply substantively to Plaintiff's Motion.

    The Defendants listed above may file an amended Opposition by March 25, 2015, and Plaintiff may submit his reply briefing by April 1, 2015. The hearing in this matter will remain set for April 16, 2015.

    **IT IS SO ORDERED.**

Dated: March 17, 2015

_____
MARIA-ELENA JAMES
United States Magistrate Judge