UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SCOTT KOWARSH,<br><br>    Plaintiff,<br><br>  v.<br><br>ANTHONY HECKMAN, et al.,<br><br>    Defendants. | Case No.  14-cv-05314-MEJ<br><br>**ORDER DISMISSING CASE** |

On May 19, 2015, the Court granted Defendants' Motions to Dismiss and denied Plaintiff's Motion for Leave to File Second Amended Complaint. Dkt. No. 29. However, the Court permitted Plaintiff the opportunity to file a revised version of his second amended complaint consistent with the instructions in that Order. The Court ordered Plaintiff to file any amended complaint by June 23, 2015, and warned him that failure to file an amended complaint by this deadline "shall result in the dismissal of this case with prejudice." As of today, Plaintiff has failed to file an amended complaint and has made no other appearances since the Court's May 19 Order. Accordingly, this case is DISMISSED WITH PREJUDICE. The Clerk of Court shall close the file.

**IT IS SO ORDERED.**

Dated: June 29, 2015

                                            _____
                                            MARIA-ELENA JAMES
                                            United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAM SCOTT KOWARSH,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY HECKMAN, et al.,<br><br>Defendants. | Case No. 14-cv-05314-MEJ<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on June 29, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Adam Scott Kowarsh
117 Bolero Plz.
Union City, CA 94587


Dated: June 29, 2015

Richard W. Wieking
Clerk, United States District Court

_____
Chris Nathan, Deputy Clerk to the
Honorable MARIA-ELENA JAMES